DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANESCO NORTH BROWARD, LLC,**
Appellant,

v.

**NORTH BROWARD HOSPITAL DISTRICT,**
Appellee.

No. 4D2025-0774

[October 9, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE25001972.

David Di Pietro and Lisandra Estevez of Di Pietro Partners, PLLC, Fort Lauderdale, for appellant.

Peter R. Goldman, Danna Khawam, and Nina Welch of Nelson Mullins Riley & Scarborough LLP, Fort Lauderdale, and Beverly A. Pohl of Nelson Mullins Riley & Scarborough LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***